IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL GALLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 07–cv–32–SCW |
| | ) |
| ADRIAN FEINERMAN, PAM GRUBMAN, WILLIAM SPILLER, TYONE MURRY, DR. FAISAL AHMED, DEBI MIDDENDORF, UNKNOWN JOHN DOES, | ) ) ) ) |
| | |
| Defendants. | |

## JUDGMENT IN A CIVIL CASE

**WILLIAMS, Magistrate Judge:**

Defendants Adrian Feinerman, Pam Grubman, William Spiller, Tyone Murry, Dr. Faisal Ahmed, Debi Middendorf, and unknown defendants were dismissed by way of an Order dismissing the entire case entered by District Judge Michael J. Reagan on February 9, 2009 (Docs. 12 & 13).

The Seventh Circuit reversed the Court's dismissal as to Adrian Feinerman only and reinstated the case against Adrian Feinerman on December 17, 2010 (Doc. 32).

The case against Adrian Feinerman came before this Court for jury trial.

A jury verdict was returned in favor of Defendant Adrian Feinerman and against Plaintiff Carl Gallo on August 1, 2012 (Doc. 121).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **Defendant Adrian Feinerman** and against **Plaintiff Carl Gallo**.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is in favor of

**Defendants Pam Grubman, William Spiller, Tyone Murray, Dr. Faisal Ahmed, Debi Middendorf**, **and unknown defendants** and against **Plaintiff Carl Gallo**.

**IT IS SO ORDERED**.

DATED: August 8, 2012.

/s/ *Stephen C. Williams*

STEPHEN C. WILLIAMS

United States Magistrate Judge